# First District Court of Appeal
## State of Florida

_____

No. 1D17-3327
_____

Henry L. Currelley,

   Appellant,

v.

State of Florida,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

January 22, 2018

Per Curiam.

   Affirmed.

Jay, Winsor, and M.K. Thomas, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Henry L. Currelley, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.